IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Leo McClam, | ) | C.A. No.  3:08-2026-TLW-JRM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Reggie Flimming or Reginal Flimming, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Joseph R. McCrorey to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). (Doc. # 7).  In his Report, Magistrate Judge McCrorey recommends that the Complaint in the above-captioned case be dismissed without prejudice and without issuance and service of process.  No objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636.  No objections have been filed to the Report.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED**  that

1

the Magistrate Judge's Report is **ACCEPTED** (Doc. # 7), and the Complaint in the above-captioned case is **DISMISSED** without prejudice and without issuance and service of process.

    **IT IS SO ORDERED.**

                                             s/ Terry L. Wooten
                                             TERRY L. WOOTEN
                                    UNITED STATES DISTRICT JUDGE

July 31, 2008
Florence, South Carolina